UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UPSTATE IRON WORKER EMPLOYERS' ASSOCIATION, INC.,

                Plaintiff,

vs.

INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 6,

INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 9,

INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 12,

INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO.33,

INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 60, and

INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 440,

                Defendants.
_____

**NOTICE OF MOTION**

Case No. 1:23-CV-1243 (MAD/DJS)

{S1948530.1}

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), as well as 9 U.S.C. § 1 *et seq.*, Defendants, respectfully request an Order of this Court dismissing the Complaint filed by Plaintiff, UPSTATE IRON WORKER EMPLOYERS' ASSOCIATION, INC., pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), as well as 9 U.S.C. § 1 *et seq.*, by virtue of the arbitration provision in the Collective Bargaining Agreement, along with such further relief as this Court deems fair, just, and equitable.

This motion is supported by the concurrently filed Memorandum of Law, Attorney Declaration of Steven W. Williams, with Exhibits, and any Reply Memorandum or additional submissions by Defendants, as well as any oral argument the Court may entertain.

DATED: January 29, 2024          **SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

By: _____
Steven W. Williams, Esq.
Bar Roll No. 507854
*Attorneys for Defendants*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
(315) 474-2911
swilliams@smithsovik.com

CC:   All Counsel of Record via CM/ECF

{S1948530.1}