UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UPSTATE IRON WORKER EMPLOYERS' ASSOCIATION INC.,

                    Plaintiff,

          v.

INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 6 ET AL.,

                    Defendants.

**Civil Case No.:**

1:23-cv-01243-MAD-DJS

**STIPULATION OF DISCONTINUANCE**

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no person not a party has an interest in the subject matter of this action, that the above-entitled action be and the same hereby is discontinued, with prejudice, and without costs to any party.

      This Stipulation may be executed in counterparts and by facsimile or electronic signatures and may be filed without further notice with the Clerk of the Court.

DATED:  July 15, 2024

| **BOND SCHOENECK & KING PLLC** | **SMITH SOVIK KENDRICK & SUGNET PC** |
|---|---|
| By:   */s/ John M Harras* | By:   */s/ Steven W. Williams* |
| John M Harras, Esq. | Karen G. Felter, Esq. |
| *Attorneys for Plaintiff* | Steven W. Williams, Esq. |
| 600 Third Avenue, 22nd Fl. | *Attorneys for Defendants* |
| New York, New York 10016 | 250 South Clinton St, Suite 600 |
| | Syracuse, New York 13202 |

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:    July 22, 2024
       Albany, NY

18092914.v1